IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRIAN J. WEBB                                                                                              PLAINTIFF
ADC #141031

v.                                    No. 5:09CV00331 JLH/JTR

RANDALL E. MANUS, Deputy Warden,
Maximum Security Unit, Arkansas
Department of Correction, *et al*.                                                            DEFENDANTS

## ORDER

Brian Webb has filed a motion for extension of time to file his objections to the report and recommendations. Document #20. The motion is GRANTED. The time within which Webb must file his objections is hereby extended up to and including May 17, 2010.

IT IS SO ORDERED this 19th day of April, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE