### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

BRIAN J. WEBB                                                                                                        PLAINTIFF
ADC #141031

v.                                               No. 5:09CV00331 JLH/JTR

RANDALL E. MANUS, Deputy Warden,
Maximum Security Unit,
Arkansas Department of Correction, et al.                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 19th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE